Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TOBY MEAGHER, through his Power of Attorney, GERALDINE MCNAMARA,<br><br>    Plaintiff,<br><br>v.<br><br>KING COUNTY, and OFFICERS RODNEY PRIOLEAU, BRIAN O'FARRELL, THERON MCCAIN JR., RONNY LEE KINTNER, J. GARCIA, AND DEFENDANT DOES 1 - 10,<br><br>    Defendants. | NO. 2:19-CV-00259 JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO JOIN ADDITIONAL PARTIES<br><br>NOTED: May 14, 2019 |

## STIPULATED MOTION

Plaintiff Toby Meagher, through his Power of Attorney Geraldine McNamara and Defendants King County, And Officers Rodney Prioleau, Brian O'Farrell, Theron McCain, Jr., Ronny Lee Kintner, J. Garcia, respectfully come before the Court and jointly request, pursuant to Federal Rule of Civil Procedure 6(b)(1), that the Court amend the Court's April 17, 2019 Minute Order Setting Trial Date and Related Dates (Dkt. 11) and extend the deadline for Joining Additional Parties to June 28, 2019.

In support of this request, the parties state:

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND DEADLINE TO JOIN
ADDITIONAL PARTIES- 1
CASE NO. 2:19-CV-00259 JLR
135677.docx

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE: (206) 624-6800
FAX: (206) 682-1415

1. Counsel for the parties have conferred with respect to the pretrial schedule in this matter. Counsel agreed that additional time is needed to possibly join additional parties in this matter based on the discovery to date.

2. No further amendments to the Court's Minute Order are being requested at this time.

For the foregoing reasons, the parties jointly request that the Court grant their request.

DATED this 14th day of May, 2019.

| PETERSON | WAMPOLD ROSATO | FELDMAN | LUNA | KING COUNTY PROSECUTOR'S OFFICE |
|---|---|
| /s/Tomás A. Gahan<br>Tomás A. Gahan, WSBA No. 32779<br>Felix G. Luna, WSBA No. 27087<br>Attorneys for Plaintiff<br>1501 4th Avenue, Suite 2800<br>Seattle, WA 98101<br>Ph. (206) 624-6800<br>gahan@pwrfl-law.com<br>luna@pwrfl-law.com<br><br>*Attorneys for Plaintiff* | /s/John Zeldenrust<br>John Zeldenrust, WSBA No. 19797<br>King County Prosecuting Attorney<br>500 Fourth Avenue, 9th Floor<br>Seattle, WA 98104<br>Phone: 206-296-8820<br>Email: john.zeldenrust@kingcounty.gov<br><br>*Attorneys for Defendants* |

## ORDER

Based on the foregoing, IT IS SO ORDERED.

15 May 2019
_____

Honorable James L. Robart
United States District Court Judge

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND DEADLINE TO JOIN
ADDITIONAL PARTIES- 2
CASE NO. 2:19-CV-00259 JLR
135677.docx

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE: (206) 624-6800
FAX: (206) 682-1415

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**Dated**: May 14, 2019

*/s/Dana Vizzare*
Dana Vizzare, Paralegal
1501 4th Avenue, Suite 2800
Seattle, WA  98101
Ph. 206-624-6800
dana@pwrfl-law.com

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND DEADLINE TO JOIN
ADDITIONAL PARTIES- 3
CASE NO. 2:19-CV-00259 JLR
135677.docx

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE:  (206) 624-6800
FAX:  (206) 682-1415