1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOBY MEAGHER,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C19-0259JLR<br><br>ORDER DENYING PROTECTIVE ORDER WITHOUT PREJUDICE |

Before the court is the parties' stipulated protective order. (*See* PO (Dkt. # 14).) The parties have largely adopted the Western District of Washington's model stipulated protective order. (*See* PO); *see also* Model Stipulated Protective Order, found at https://www.wawd.uscourts.gov/court-forms. In so doing, however, the parties failed to specify what material is considered "confidential" under their protective order, leaving intact the model order's instruction that "[t]he parties must include a list of specific documents" that are confidential. (*See* PO at 2.) The court therefore DENIES the parties' stipulated protective order without prejudice to the parties refiling a stipulated

protective order that adequately specifies what material should be considered confidential.

Dated this 23rd day of May, 2019.

_____
JAMES L. ROBART
United States District Judge