The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOBY MEAGHER, through his Power of Attorney, GERALDINE MCNAMARA,<br><br>Plaintiff,<br><br>vs.<br><br>KING COUNTY, and OFFICERS RODNEY PRIOLEAU, BRIAN O'FARRELL, THERON MCCAIN JR., RONNY LEE KINTNER, J. GARCIA, GREGG CURTIS, P.E.S. MICHAEL KILBOURNE and DEFENDANT DOES 1-10,<br><br>Defendants. | No. 2:19-cv-00259-JLR<br><br>STIPULATED MOTION AND ORDER RE: RULE 35 EXAMINATION<br><br>NOTED FOR CONSIDERATION:<br><br>January 24, 2020 (LCR 7(d)(1)) |

COMES NOW, the above-captioned parties, by and through their undersigned attorneys whose signatures are set forth below, and agree to and stipulate to an examination pursuant to Federal Rule of Civil Procedure 35 under the conditions set forth below.

The above Civil litigation action alleges a number of claims including but not limited to excessive and unlawful force, negligent supervision and retention, battery, intentional infliction of emotional distress, negligent infliction of emotion distress, disability discrimination and respondeat superior. The plaintiff claims injuries and medical conditions in connection with

DEFENDANT KING COUNTY'S MOTION FOR
CIVIL RULE 35 EXAMINATION OF PLAINTFF
TOBY MEAGHER - 1

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1  these claims including but not limited to physical harm, psychological harm, mental distress,
2  humiliation, embarrassment and fear.
3      The injuries and mental conditions are alleged to be the result of negligent, tortious,
4  wrongful and/or unlawful conduct of the defendants. The defendants have requested an
5  examination pursuant to FRCP 35. A Rule 35 exam requirement is that there be a mental or
6  physical condition "in controversy". The parties stipulate that all requirements for a Rule 35
7  examination are satisfied. Accordingly, the parties, through their undersigned counsel, stipulate
8  to Defendants' requested Rule 35 examination with the following terms and conditions:
9      1. Plaintiff's examination will be performed by Mark McClung, M.D. and will take place
10 on two (2) separate dates, Wednesday, February 12, 2020 at 9:00 a.m., and on Tuesday, February
11 25, 2020 at 9:00 a.m. The examinations will take place at Dr. McClung's office located at 1200
12 Fifth Avenue, Suite 2010, Seattle, WA 98101. The examination sessions will last 2.5 hours, not
13 including the time it takes for plaintiff to complete testing, *but no longer than 3 hours per day.*
14     2. The examination of Plaintiff by Dr. McClung will consist of a question and answer
15 session. Dr. McClung will not be allowed to conduct a physical examination of the Plaintiff.
16     3. The manner, conditions, and scope of the examination are as follows:

    a.     Most of the evaluation time will be conducting a detailed face-to-face psychiatric interview.

    b.     Various tests of cognitive capacity (memory, attention, concentration, ability to understand/follow verbal instructions, organize, plan, etc.) may be performed, such as the Montreal Cognitive Assessment, Frontal Assessment Battery, Trails A and B, Digit Symbol, TOMM, or Rey Figure Drawing. All

DEFENDANT KING COUNTY'S MOTION FOR
CIVIL RULE 35 EXAMINATION OF PLAINTFF
TOBY MEAGHER - 2

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1  are verbal or written questionnaires. Which specific questionnaires are utilized
2  will depend on the findings from the psychiatric interview.

3  c. Diagnostic screening questionnaires may also be administered, such as the
4  MMPI-RF, the SIRS-2 or the PAI, designed to assess patterns of psychiatric
5  symptoms.

6  d. Some neurological assessment will be included in the exam, which would
7  be the typical neurologist's office examination, testing reflexes, muscle
8  strength, coordination, facial movements, etc. This would not involve any
9  invasive procedure, nor would he need to remove clothing; it involves only
10 asking the evaluee to perform certain movements.

11 e. Usual and customary practice is to have only the evaluator and evaluee in
12 the room together. I will allow one person from the evaluee's attorney's office
13 to attend to record the interview; however, if they begin to adversely affect or
14 interrupt the evaluation, such as interrupting me, instructing to the evaluee, or
15 communicating verbally or nonverbally with the evaluee, etc., then the
16 evaluation will be stopped.

17 f. The evaluee may request breaks at any time during the evaluation.
   *Should the evaluation reach 3 hours, plaintiff's representative*
18 *will end the session.*

19 The foregoing is true and correct to the best of my knowledge under penalty of perjury
20 and the laws of the United States and the state of Washington.

21 4. Plaintiff shall have the right to have a representative person present at the
22 examination. However, the representative shall no participate in the examination. This
23 representative will be _Anita Fahnlander, R.N._ or

DEFENDANT KING COUNTY'S MOTION FOR
CIVIL RULE 35 EXAMINATION OF PLAINTIFF
TOBY MEAGHER - 3

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1 _____, or some other qualified representative if neither of the above is available. Plaintiff shall have the right to make an audio or videotaped recording of the examination at no extra charges by the Examiner. Said recording(s), if any, shall be made in an unobtrusive manner. Plaintiff shall provide a copy of any such recording(s) in response to proper discovery request. Plaintiff's counsel ~~shall notify~~ has already notified counsel for Defendants ~~at least five (5) business days in advance of the examination if~~ that audio recording and/or videotaping will occur. Additionally, no later than three (3) business days before the examination, Plaintiff's counsel shall provide to Defendants counsel the name of the representative who will attend the examination with plaintiff if that representative is not one of the two individuals specifically referenced above.

    5. No questions shall be asked of the Plaintiff by the Examiner or staff related to negligence, legal liability, opinions of law, and/or issues of law such as responsibility, culpability, and/or liability for any injuries.

    6. No invasive tests or imaging shall be done.

    7. Examiner shall make a written report of the exam; within 7 days of receiving the report, the attorney for the Defendants shall cause a copy of the report, and the Examiners Curriculum Vitae to be delivered to plaintiff's counsel.

    8. No person, other than Plaintiff and Dr. McClung, shall participate in any way in the examination, evaluation or diagnosis (except technical staff who may administer the MMPI). Plaintiff and any representative will be asked to present identification for verification purposes. Defense counsel or representative thereof shall not attend the examination.

    9. The examination will include the administration of the testing referenced in paragraph 3.

DEFENDANT KING COUNTY'S MOTION FOR
CIVIL RULE 35 EXAMINATION OF PLAINTFF
TOBY MEAGHER - 4

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

10. A copy of this Stipulation shall be given to the Examiner before the examination.

The parties stipulate to a Rule 35 examination under the foregoing terms and conditions.

Date: 1/24/2020

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: _____
JOHN R. ZELDENRUST, WSBA #19797
Senior Deputy Prosecuting Attorneys
Attorneys for Defendant King County
Email: John.Zeldenrust@kingcounty.gov

Date: 1/24/20

Peterson Wampold Rosato Feldman Luna

By: _____
TOMAS A. GAHAN, WSBA # 32779
Attorneys for Plaintiff

## ORDER

Based on the foregoing, it is hereby ORDERED, ADJUDGED and DECREED that an examination of Plaintiff by Mark McClung shall occur pursuant to Rule 35 in accordance with the terms described above.

DATED this 27 day of ~~February~~ January, 2020, at Seattle, Washington.

_____
Hon. James L. Robart
United States District Court

DEFENDANT KING COUNTY'S MOTION FOR
CIVIL RULE 35 EXAMINATION OF PLAINTFF
TOBY MEAGHER - 5
Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820 Fax (206) 296-8819