1

Honorable James L. Robart

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

| | |
|---|---|
| TOBY MEAGHER, through his Power of Attorney, GERALDINE MCNAMARA, | Case No. 2:19-CV-00259 JLR |
| Plaintiff, | **ORDER APPOINTING LITIGATION GUARDIAN AD LITEM** |
| v. | |
| KING COUNTY, and OFFICERS RODNEY PRIOLEAU, BRIAN O'FARRELL, THERON MCCAIN JR., RONNY LEE KINTNER, J. GARCIA, AND DEFENDANT DOES 1 – 10, | |
| Defendants. | |

9

10

11

12

13

14

15

16       THIS MATTER having come before the Court upon the Petition of Tomás A. Gahan,

17   Peterson Wampold Rosato Feldman Luna, counsel for Plaintiff, and the Court having reviewed

18   said Petition and the attachment thereto, having reviewed the evidence presented by counsel, and

19   being fully advised in the premises, now, therefore, IT IS HEREBY ORDERED, ADJUDGED

    AND DECREED as follows:

20       A)      Toby Meagher does not have a court appointed representative.

21       B)      A Litigation Guardian ad Litem should be appointed for Toby Meagher the

22   incompetent Plaintiff, pursuant to FED. R. CIV. P. 17(c)(2), to protect him/her.

23

24   ORDER APPOINTING LITIGATION
    GUARDIAN AD LITEM - Page 1
25   2:19-CV-00259 JLR

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE: (206) 624-6800
FAX: (206) 682-1415

C)      Attorney Joshua L. Brothers has the appropriate expertise and background to serve as Litigation Guardian ad Litem for Toby Meagher.

D)      Joshua L. Brothers is appointed as Litigation Guardian ad Litem for Toby Meagher to represent the interests of Toby Meagher in this matter, including the authority to direct counsel regarding litigation decisions that the incompetent Plaintiff would otherwise direct if he/she had capacity, subject to the limitations in Western District of Washington Local Civil Rule ("LCR") 17(c).

E)      All communications between Plaintiff's counsel and the Litigation Guardian ad Litem and between Plaintiff and the Litigation Guardian ad Litem, together with the records, work product, and other activities of the Litigation Guardian ad Litem have the same privilege and confidentiality as is accorded to attorney-client communications.

F)      The Litigation Guardian ad Litem is authorized to bill for his services at his current hourly rate at the time of the services, subject to final approval by the Court.

DATED   19 March 2020

_____
Honorable James Robart

Presented by:

_____
Tomas A. Gahan, WSBA No. 32779
Felix G. Luna, WSBA No. 27087
Attorneys for Plaintiff

Agreed for entry, presence waived:

_____
Daniel L. Kinerk, WSBA No. 13537
Attorneys for Defendants

ORDER APPOINTING LITIGATION
GUARDIAN AD LITEM - Page 2
2:19-CV-00259 JLR

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE: (206) 624-6800
FAX: (206) 682-1415