UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOBY MEAGHER, et al., <br><br> Plaintiffs, <br> v. <br><br> KING COUNTY, et al., <br><br> Defendants. | CASE NO. C19-0259JLR <br><br> ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION TO EXTEND CASE DEADLINES |

Before the court is Plaintiff Geraldine McNamara and Defendants King County, Rodney Prioleau, Brian O'Farrell, Theron McCain, Jr., Ronny Lee Kintner, J. Garcia, Gregg Curtis, and Michael Kilbourne's (collectively, "Defendants") stipulated motion to extend the discovery and dispositive motion deadlines.  (*See* Stip. Mot. (Dkt. # 31).)  The parties assert that they need more time to complete discovery because (1) the coronavirus has made it difficult to schedule depositions with several witnesses; and (2) the coronavirus has led to travel restrictions that make it uncertain when Defendants' lead

//

ORDER - 1

counsel will return from Europe.  (*See id.* at 4-5.)  The parties' proposed extensions are as follows:

| Current | Proposed |
|---|---|
| Discovery:  April 27, 2020 | May 25, 2020 |
| Dispositive Motions:  May 26, 2020 | June 9, 2020 |

(*See* Sched. Order (Dkt. # 11) at 1; Stip. Mot. at 2.)  Trial in this case is currently set for August 24, 2020.  (*See* Sched. Order at 1.)

      The court recently denied the parties' prior stipulated motion to continue the trial date and pretrial deadlines in this case.  (*See* 2/25/20 Order (Dkt. # 30).)  At that time, the parties' justification for a continuance was simply that "additional time is needed to complete discovery and prepare for trial."  (*See id.* at 2 (quoting Prior Stip. Mot. (Dkt. # 29) at 3).)

      Based on the parties' stipulated motion, however, the court finds good cause to allow a limited, two-week extension of the discovery deadline to May 11, 2020.  Although the court understands the parties' preference for taking depositions in person, given the present circumstances, the court urges the parties to consider available alternatives.  *See* Fed. R. Civ. P. 30(b)(4) ("The parties may stipulate—or the court may on motion order—that a deposition be taken by telephone or other remote means.").  However, extending the dispositive motions deadline would leave the court and the parties insufficient time to resolve certain pretrial matters before trial.  Therefore, the court denies this portion of the parties' stipulated motion.

ORDER - 2

In sum, the court GRANTS in part and DENIES in part the parties' stipulated motion and resets the discovery deadline to May 11, 2020.  All other case deadlines remain unchanged.

Dated this 17th day of April, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 3