UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOBY MEAGHER, et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>KING COUNTY, et al.,<br><br>      Defendants. | CASE NO. C19-0259JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM ANSWER DEADLINE |

  Before the court is Defendants' motion for relief from their deadline to answer Plaintiffs' third amended complaint. (Mot. (Dkt. # 88); *see also* TAC (Dkt. # 74)). Defendants have a pending motion to strike Plaintiffs' third amended complaint that notes for the court's consideration on July 17, 2020. (*See* MTS (Dkt. # 87).) Defendants request that the court set Defendants' answer deadline to seven days after the court rules on Defendants' motion to strike, if the court denies the motion to strike; or, alternatively, seven days after Mr. Meagher files a revised third amended complaint, if the court grants the motion to strike. (*See* Mot. at 3.)

ORDER - 1

1  Finding good cause pursuant to Federal Rule Civil Procedure 6(b)(1)(A), the court
2  GRANTS Defendants' motion for relief from their deadline to answer Plaintiffs' third
3  amended complaint and ORDERS Defendants to file their answer to Plaintiffs' third
4  amended complaint within seven (7) days of either (a) the court denying Defendants'
5  motion to strike, or (b) Plaintiffs' filing of a revised third amended complaint (if the court
6  so orders).

7  Dated this 8th day of July, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2