1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| TOBY MEAGHER, et al., | CASE NO. C19-0259JLR |
|---|---|
| Plaintiffs, | MINUTE ORDER |
| v. | |
| KING COUNTY, et al., | |
| Defendants. | |

15  The following minute order is made by the direction of the court, the Honorable

16 James L. Robart:

17  On July 13, 2020, Defendants Rodney Prioleau, Joseph Garcia, and Gregg Curtis

18 filed a notice of appeal of the court's July 9, 2020, order on the parties' cross-motions for

19 partial summary judgment. (*See* Not. of Appeal (Dkt. # 91); MPSJ Order (Dkt. # 90).)

20 Therefore, the court STRIKES the following motions: (1) Defendants' motion to strike

21 Plaintiffs' third amended complaint (Dkt. # 87), (2) Plaintiffs' motions in limine (Dkt.

22 //

MINUTE ORDER - 1

# 92), and (3) Defendants' motions in limine (Dkt. # 95).  Further, the court VACATES all current deadlines and the trial date pending resolution of the appeal.

      Filed and entered this 21st day of July, 2020.

                               WILLIAM M. MCCOOL
                               Clerk of Court

                               s/ Ashleigh Drecktrah
                               Deputy Clerk

MINUTE ORDER - 2