UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 5 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TOBY MEAGHER, through his Litigation Guardian JOSHUA BROTHERS,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>RODNEY PRIOLEAU, Officer; JOSEPH GARCIA, Officer; GREGG CURTIS,<br><br>    Defendants-Appellants,<br><br>and<br><br>KING COUNTY; RONNY LEE KINTNER, Officer; MICHAEL KILBOURNE, PES; RYAN QUIRK; CATHLEEN BOZEK,<br><br>    Defendants. | No.   20-35635<br><br>D.C. No. 2:19-cv-00259-JLR<br>Western District of Washington, Seattle<br><br>ORDER |

Before: RAWLINSON, CHRISTEN, and R. NELSON, Circuit Judges.

The panel has unanimously voted to deny Appellants' petition for rehearing en banc.

The full court has been advised of Appellants' petition for rehearing en banc, and no judge of the court has requested a vote on the petition for rehearing en banc. Fed. R. App. P. 35.

The petition for rehearing en banc is DENIED.