Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TOBY MEAGHER, through his Litigation Guardian, JOSHUA BROTHERS,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KING COUNTY, and RODNEY PRIOLEAU, RONNY LEE KINTNER, J. GARCIA, GREGG CURTIS, P.E.S. MICHAEL KILBOURNE, RYAN QUIRK, Ph.D., and CATHLEEN BOZEK,<br><br>　　　　　　　　　Defendants. | NO. 2:19-CV-00259 JLR<br><br>ORDER APPOINTING JOSHUA BROTHERS SETTLEMENT GUARDIAN AD LITEM |

THIS MATTER having come before the Court upon the Petition of Tomás A. Gahan, Peterson Wampold Rosato Feldman Luna, counsel for Plaintiff, and the Court having reviewed said Petition and the attachment thereto, having reviewed the evidence presented by counsel, and being fully advised in the premises, now, therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

A)　The parties have reached a settlement and will seek approval of the settlement before this Court.  Toby Meagher does not have a court appointed representative for purposes of investigating and evaluating the reasonableness of a settlement.

ORDER APPOINTING JOSHUA BROTHERS
SETTLEMENT GUARDIAN AD LITEM - 1
CASE NO. 2:19-CV-00259 JLR

B) A Settlement Guardian ad Litem should be appointed for Toby Meagher the incompetent Plaintiff, pursuant to Fed. R. Civ. P. 17(c)(2) and LCR 17(2) to protect his interests with respect to a settlement and to investigate the adequacy of the offered settlement and report thereon.

C) Attorney Joshua L. Brothers has the appropriate expertise and background to serve as Settlement Guardian ad Litem for Toby Meagher.

D) The Settlement Guardian ad Litem is authorized to bill for his services at his current hourly rate at the time of the services, subject to final approval by the Court.

DATED this 3rd day of February, 2022.

_____
Honorable James L. Robart

Presented by:

_____
Tomas A. Gahan, WSBA No. 32779
Felix G. Luna, WSBA No. 27087
Attorneys for Plaintiff

Agreed for entry, presence waived:

_____#32779 for_____
John Zeldenrust, WSBA No. 19797 via email auth.
Attorneys for Defendants

ORDER APPOINTING JOSHUA BROTHERS
SETTLEMENT GUARDIAN AD LITEM - 2
CASE NO. 2:19-CV-00259 JLR