Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOBY MEAGHER, through is Power of Attorney, GERALDINE MCNAMARA,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, and OFFICERS RODNEY PRIOLEAU, BRIAN O'FARRELL, THERON MCCAIN JR., RONNY LEE KINTNER, J. GARCIA, and DEFENDANT DOES 1 – 10,<br><br>Defendants. | Case No. 2:19-CV-00259 JLR<br><br>**ORDER APPROVING SETTLEMENT AND ESTABLISHING THE TOBY MEAGHER TRUST** |

The approval of the settlement of this matter having come before the Court by the filing of the Settlement Guardian ad Litem Report, and the Court having considered said Report and accompanying pleadings and the files and records herein; it is hereby ORDERED that:

A) The offered gross settlement of $3,000,000.00 reached on behalf of Toby Meagher is adequate and reasonable and the settlement is approved by the Court.

B & H LAW
BROTHERS & HENDERSON, P.S.
936 N 34th Street
Suite 200
Seattle, WA 98103
P: 206-324-4300
F: 206-324-3106

B) Geraldine McNamara, Toby Meagher's attorney-in-fact, is authorized and directed to execute any and all instruments necessary to effect the settlement on behalf of Toby Meagher and her prior entry into any such agreement be ratified.

C) Peterson Wampold Rosato Feldman Luna's fees and costs incurred in the representation of Toby Meagher in the total amount of $1,234,656.43 are reasonable and are approved for payment from the settlement proceeds.

D) The Toby Meagher Trust is independently created and established by the Court pursuant to 42 U.S.C. §1396p(d)(4)(A).

E) Guardianship Services of Seattle ("GSS") is appointed as Trustee of The Toby Meagher Trust with responsibility for the financial management and general administration of the Trust and discretionary distributions from the Trust.

F) The original Trust Agreement for The Toby Meagher Trust shall be delivered to the Trustee to be kept as a permanent Trust record.

G) The settlement proceeds shall not be considered to have been received by, to be available to, or to have come into the possession or under the control of Toby Meagher.

H) While the special needs trust for the benefit of Toby Meagher may be considered a "grantor" trust for tax purposes, in consideration of the purposes for establishing the Trust and the underlying federal statute authorizing its use, said Trust is not a grantor trust for any other purpose.

I) Any and all common law rights of revocation that may be considered available to Toby Meagher as beneficiary thereunder (as technical grantor) are specifically abrogated by the Court.

ORDER APPROVING SETTLEMENT AND ESTABLISHING TRUST – PAGE 2 OF 5



BROTHERS & HENDERSON, P.S.
936 N 34th Street
Suite 200
Seattle, WA 98103
P: 206-324-4300
F: 206-324-3106

J)  Peterson Wampold Rosato Feldman Luna, attorneys for Toby Meagher, are authorized and directed to distribute the net settlement proceeds to Guardianship Services of Seattle, Trustee of The Toby Meagher Trust.

K)  Peterson Wampold Rosato Feldman Luna, attorneys for Toby Meagher, are authorized to retain a $30,000 holdback to pay any outstanding costs, with any amount remaining from the holdback being distributed to Guardianship Services of Seattle, Trustee of The Toby Meagher Trust

L)  Guardianship Services of Seattle is directed to file a Receipt of Funds with this Court for settlement proceeds it receives for Toby Meagher herein and deliver copies thereof to Peterson Wampold Rosato Feldman Luna and the Settlement Guardian ad Litem within sixty (60) days of the date of this Order.

M)  Guardianship Services of Seattle, Trustee of the Toby Meagher Trust, is directed to open a case matter with the King County Superior Court for the administration of the Trust.

N)  The Trustee's bond:

[X]  shall not be required since the Trustee is a Washington State Chartered Trust Company

[ ]  shall be required in the amount of $_____.

[X]  All Trust assets in excess of $50,000.00 shall be held in blocked accounts with the Trustee filing a receipt of funds into blocked account within sixty (60) days of this Order. Withdrawals from the blocked account shall be permitted only by Order of Court.

ORDER APPROVING SETTLEMENT AND ESTABLISHING TRUST – PAGE 3 OF 5



BROTHERS & HENDERSON, P.S.
936 N 34th Street
Suite 200
Seattle, WA 98103
P: 206-324-4300
F: 206-324-3106

O) The Trustee of The Toby Meagher Trust is directed to submit and present for approval reports of trustee and other accounting information with the King County Superior Court annually.

P) The Trustee's first annual Report and Accounting is filed within ninety (90) days of the one-year anniversary date of the Trustee's appointment.

Q) The fees and costs incurred with Somers Tamblyn Isenhour Bleck in the amount of $2,500.00 to draft The Toby Meagher Trust are approved as reasonable and Peterson Wampold Rosato Feldman Luna is directed to pay such fees and costs from the settlement proceeds before distributing funds to The Toby Meagher Trust.

R) The Litigation Guardian ad Litem fees and costs totaling $4,205.00 and the Settlement Guardian ad Litem fees and costs totaling $7,852.50 are approved as reasonable, and Peterson Wampold Rosato Feldman Luna is directed to pay such fees and costs from the settlement proceeds before distributing funds to The Toby Meagher Trust

DATED this 29th day of March, 2022.



JAMES L. ROBART
United States District Judge

Presented by:
BROTHERS & HENDERSON, P.S.

/s
Joshua L. Brothers, WSBA No. 35761
Settlement Guardian ad Litem for
Toby Meagher

ORDER APPROVING SETTLEMENT AND ESTABLISHING TRUST – PAGE 4 OF 5


936 N 34th Street
Suite 200
Seattle, WA 98103
P: 206-324-4300
F: 206-324-3106

PETERSON WAMPOLD ROSATO FELDMAN LUNA

_____
Tomas A. Gahan, WSBA No. 32779
Felix G. Luna, WSBA No. 27087
Counsel for Plaintiff

Approved for Entry:
KING COUNTY PROSECUTING ATTONREY'S
OFFICE – CIVIL DIVISION


_____
John R. Zeldenrush, WSBA No. 19797
Counsel for Defendants

ORDER APPROVING SETTLEMENT AND ESTABLISHING TRUST – PAGE 5 OF 5



936 N 34th Street
Suite 200
Seattle, WA 98103
P: 206-324-4300
F: 206-324-3106