1

2
                                                    The Honorable James L. Robart

3

4

5

6
                        UNITED STATES DISTRICT COURT
7                      WESTERN DISTRICT OF WASHINGTON
                                AT SEATTLE
8
TOBY MEAGHER, through his Litigation          )
9    Guardian, JOSHUA BROTHERS,               )
                                              )    No. 2:19-cv-00259-JLR
10                            Plaintiff,       )
                                              )    STIPULATION AND ORDER OF
11              vs.                            )    DISMISSAL OF DEFENDANTS
                                              )    RODNEY PRIOLEAU, BRIAN
12   KING COUNTY, and RODNEY PRIOLEAU,         )    O'FARRELL, THERON McCAIN, JR.,
     RONNY LEE KINTNER, J. GARCIA, GREGG       )    RONNY LEE KINTNER, J. GARCIA,
13   CURTIS, P.E.S. MICHAEL KILBOURNE,         )    GREGG CURTIS, P.E.S. MICHAEL
     RYAN QUIRK, Ph.D. and CATHLEEN BOZEK,     )    KILBOURNE, RYAN QUIRK, Ph.D.,
14                                             )    AND CATHLEEN BOZEK ONLY
                             Defendants.        )
15                                             )
                                              )
16   _____  )

                              **STIPULATION**
17
        IT IS HEREBY STIPULATED by and between plaintiffs and defendants, parties to the
18
above-entitled action, that the same be dismissed with prejudice as to defendants Rodney
19
Prioleau, Brian O'Farrell, Theron McCain, Jr., Ronny Lee Kintner, J. Garcia, Gregg Curtis,
20
P.E.S. Michael Kilbourne, Ryan Quirk, Ph.D., and Cathleen Bozek *only*, without costs or
21
attorney's fees.  King County remains a named defendant in this lawsuit.

22

23   STIPULATION AND ORDER OF DISMISSAL OF
     DEFENDANTS RODNEY PRIOLEAU, BRIAN
     O'FARRELL, THERON McCAIN, JR., RONNY LEE
     KINTNER, J. GARCIA, GREGG CURTIS, P.E.S.
     MICHAEL KILBOURNE, RYAN QUIRK, Ph.D., AND
     CATHLEEN BOZEK ONLY (2:19-cv-00259-JLR) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington  98101
(206) 477-1120  Fax (206) 296-8819

1    DATED this 6th day of April, 2022.

2

3    PETERSON WAMPOLD ROSATO FELDMAN          DANIEL T. SATTERBERG
     LUNA                                     King County Prosecuting Attorney

4
                                              By: /s/ John R. Zeldenrust
5    By:                                      JOHN R. ZELDENRUST, WSBA #19797
     TOMAS A. GAHAN, WSBA #32779              Senior Deputy Prosecuting Attorney
6    FELIX GAVI LUNA, WSBA #27087             Attorney for King County Defendants
     Attorneys for Plaintiffs                 Email: john.zeldenrust@kingcounty.gov
7    Email: gahan@pwrfl-law.com
     Email: luna@pwrfl-law.com

8                                    **ORDER**

9        THIS MATTER having come on regularly for hearing upon the foregoing stipulation of

10   the parties hereto, and the Court being fully advised in the premises, now, therefore, it is hereby,

11       ORDERED, ADJUDGED AND DECREED that Defendants Rodney Prioleau, Brian

12   O'Farrell, Theron McCain, Jr., Ronny Lee Kintner, J. Garcia, Gregg Curtis, P.E.S. Michael

13   Kilbourne, Ryan Quirk, Ph.D., and Cathleen Bozek are hereby DISMISSED WITH PREJUDICE

     from this matter, without costs or attorneys' fees.
14
         DATED this 7th day of April, 2022 at Seattle, Washington.
15

16
                                              HONORABLE JAMES L. ROBART
                                              UNITED STATES DISTRICT JUDGE
17   Presented by:

18   DANIEL T. SATTERBERG
     King County Prosecuting Attorney
19
     By: /s/ John R. Zeldenrust
20   JOHN R. ZELDENRUST, WSBA #19797
     Senior Deputy Prosecuting Attorney
21   Attorney for King County Defendants

22

23   STIPULATION AND ORDER OF DISMISSAL OF
     DEFENDANTS RODNEY PRIOLEAU, BRIAN
     O'FARRELL, THERON McCAIN, JR., RONNY LEE
     KINTNER, J. GARCIA, GREGG CURTIS, P.E.S.
     MICHAEL KILBOURNE, RYAN QUIRK, Ph.D., AND
     CATHLEEN BOZEK ONLY (2:19-cv-00259-JLR) - 2

1

2

Copy received; approved as to form; Notice of presentation waived:

By: _____

3

TOMAS A. GAHAN, WSBA #32779

FELIX GAVI LUNA, WSBA #27087

4

Attorneys for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANTS RODNEY PRIOLEAU, BRIAN
O'FARRELL, THERON McCAIN, JR., RONNY LEE
KINTNER, J. GARCIA, GREGG CURTIS, P.E.S.
MICHAEL KILBOURNE, RYAN QUIRK, Ph.D., AND
CATHLEEN BOZEK ONLY (2:19-cv-00259-JLR) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819