The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOBY MEAGHER, through his Litigation Guardian, JOSHUA BROTHERS,<br><br>                              Plaintiff,<br><br>    vs.<br><br>KING COUNTY, and RODNEY PRIOLEAU, RONNY LEE KINTNER, J. GARCIA, GREGG CURTIS, P.E.S. MICHAEL KILBOURNE, RYAN QUIRK, Ph.D. and CATHLEEN BOZEK,<br><br>                              Defendants. | No. 2:19-cv-00259-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT KING COUNTY |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, parties to the above-entitled action, that the same be dismissed, with prejudice, as to defendant KING COUNTY, without costs or attorneys' fees to any party.

DATED this 6th day of April, 2022.

| | |
|---|---|
| PETERSON WAMPOLD ROSATO FELDMAN LUNA<br><br>By: _____<br>TOMAS A. GAHAN, WSBA #32779<br>FELIX GAVI LUNA, WSBA #27087<br>Attorneys for Plaintiffs<br>Email: gahan@pwrfl-law.com<br>Email: luna@pwrfl-law.com | DANIEL T. SATTERBERG<br>King County Prosecuting Attorney<br><br>By: /s/ John R. Zeldenrust<br>JOHN R. ZELDENRUST, WSBA #19797<br>Senior Deputy Prosecuting Attorney<br>Attorney for King County Defendants<br>Email: john.zeldenrust@kingcounty.gov |

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT KING COUNTY (2:19-cv-00259-JLR) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819

## ORDER

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and it appearing to the court that the above-entitled cause has been fully settled and compromised, and the court being fully advised in the premises, now therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that defendant King County is hereby DISMISSED WITH PREJUDICE and without costs or attorneys' fees to either party.

DATED this 7th day of April, 2022. at Seattle, Washington.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: */s/ John R. Zeldenrust*
JOHN R. ZELDENRUST, WSBA #19797
Senior Deputy Prosecuting Attorney
Attorney for King County Defendants

Copy received; approved as to form; Notice of presentation waived:

By: _____
TOMAS A. GAHAN, WSBA #32779
FELIX GAVI LUNA, WSBA #27087
Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT KING COUNTY (2:19-cv-00259-JLR) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819